UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PETERBILT MOTORS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 3:04-1033 |
| | ) |
| INTERNATIONAL UNION, UNITED AUTOMOBILE, | ) |
| AEROSPACE AND AGRICULTURAL IMPLEMENT | ) |
| WORKERS OF AMERICA, U.A.W. AND | ) |
| LOCAL NO. 1832, U.A.W. | ) |
| | ) |
| Defendants. | ) |

### ORDER

Before the Court is Plaintiff Peterbilt Motor Company's Motion for Summary Judgement (Doc. No. 7). For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion for Summary Judgment is GRANTED.

It is so ORDERED.

_____
Senior Judge Thomas A. Wiseman, Jr.
United States District Court for the
Middle District of Tennessee